UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXIS JOEL REYES ZUNIGA, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-1669-FB (HJB) |
| SYLVESTER M. ORTEGA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DEPARTMENT OF HOMELAND SECURITY; and BOBBY THOMPSON, Warden, South Texas Detention Complex, | § § § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER FOR SERVICE
AND ANSWER/RESPONSES**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) filed on December 9, 2025. On December 9, 2025, the District Court referred this case to the undersigned for disposition of any and all pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.)

**I.      Service Upon Respondents.**

The Clerk of Court is directed to send a copies of the Petition for Writ of Habeas Corpus (Docket Entry 1) and copies of this Order by U.S. Certified Mail Return Receipt Requested, to the Office of the United States Attorney on behalf of Federal Respondents (Director Ortega, Secretary Noem, U.S. Attorney General Bondi, Executive Office for Immigration Review, and the Department of Homeland Security), and also to Warden Bobby Thomspon ("Warden Thompson")

at the following addresses:

>**Mary F. Kruger**
>**U.S. Attorney's Office**
>**Chief, Civil Division**
>**U.S. Attorney's Office**
>**601 NW Loop 410, Suite 600**
>**San Antonio, Texas 78216**
>
>**Warden Bobby Thompson**
>**South Texas Detention Complex**
>**566 Veteran Drive**
>**Pearsall, Texas 78061**

Such deliveries will constitute sufficient service of process upon the Federal Respondents and Warden Thompson.

## II.   Response and Reply Deadlines.

The Respondents must file an Answer or Response to the Petition for Writ of Habeas Corpus (Docket Entry 1) within **seven (7) days** from date of service. If Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after the Respondents file their answers/responses.

## III.   Advisory as to Magistrate Jurisdiction.

Pursuant to 28 U.S.C. § 636(c)(1), full-time Magistrate Judges are authorized to conduct the trial of any civil case, jury or non-jury, with the consent of all parties to the lawsuit and the approval of the District Court. If the parties have not already done so, they must indicate their consent or non-consent on the <u>attached form</u> (Consent Advisory to the Clerk of Court) **within seven (7) days** from the date of service. Consent to trial by a Magistrate Judge must be voluntary and any party is free to withhold consent without suffering any adverse consequences. If all parties consent to trial of this case by a Magistrate Judge, the District Court may enter an order assigning

it to a Magistrate Judge for trial and entry of Judgment. If, as in this lawsuit, the case has already been referred to a Magistrate Judge for pretrial matters and the parties consent to Magistrate Judge jurisdiction, it will be reassigned to the Magistrate Judge to whom the case is already referred.

It is so **ORDERED**.

**SIGNED** on December 9, 2025.

                                                Henry J. Bemporad
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXIS JOEL REYES ZUNIGA, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-1669-FB (HJB) |
| SYLVESTER M. ORTEGA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DEPARTMENT OF HOMELAND SECURITY; and BOBBY THOMPSON, Warden, South Texas Detention Complex, | § § § § § § § § § § § § § | |
| Respondents. | § § | |

**CONSENT ADVISORY TO THE CLERK OF COURT**

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☐ <u>I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636.</u>  The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ <u>I Do Not Consent to Proceed Before A United States Magistrate Judge.</u>  The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the District Judge.

☐

_____       Dated: _____, 202\_\_.
Party Name (Printed)

By: _____
    Signature of Attorney or *Pro Se* Party